UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| **JTH TAX, LLC f/k/a JTH TAX, INC. d/b/a LIBERTY TAX SERVICE and SIEMPRETAX+, LLC,**<br><br>Plaintiffs,<br><br>v.<br><br>**KRYSSI DEHN a/k/a KRYSSI DEHN-CONTRERAS; 5402 TAXES, LLC; and WARRIOR FINANCIAL SERVICES, LLC,**<br><br>Defendants. | Civil Action No. 4:23-cv-00105-O |

## AGREED PRELIMINARY INJUNCTION

The Court has been informed that Plaintiffs JTH Tax, LLC f/k/a JTH Tax, Inc. d/b/a Liberty Tax Service and, SiempreTax+ LLC, (collectively, "Plaintiffs" or "Liberty") and Defendants Kryssi Dehn a/k/a Kryssi Dehn-Contreras ("Dehn"), 5402 Taxes, LLC, and Warrior Financial Services, LLC ("Warrior") (collectively, "Defendants") request entry of this Agreed Preliminary Injunction:

**IT IS, THEREFORE, ORDERED** that Defendants shall, until April 15, 2024:

1. Do their tax preparation work and electronic filing of tax returns at Warrior's Haltom City, Texas, office, or at other locations that are at least 25 miles, in driving distance, away from the Territory that Dehn had during her time with Liberty; and

2. Defendants shall not, within the Territory Dehn had during her time with Liberty, or within 25 miles, in driving distance, of the Territory, directly or indirectly solicit any person or entity served by Dehn's Liberty offices during the final 12 months of Dehn's time with Liberty; provided that this does not prohibit Defendants from working with these persons or entities as long as Defendants do not directly or indirectly solicit them.

**IT IS FURTHER ORDERED** that Defendants shall immediately return to Liberty any Liberty materials and documents in their possession.

**SO ORDERED** this **28th day** of **July, 2023**.

_____
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**