IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| JTH TAX, LLC, f/k/a JTH TAX, INC. d/b/a LIBERTY TAX SERVICE and, SIEMPRETAX+, LLC<br>　　　　Plaintiff, | § § § § § | |
| V. | § § | Civil Action No. 4:23-cv-105 |
| KRYSSI DEHN a/k/a KRYSSI DEHN CONTRERAS; 5402 TAXES, LLC; AND WARRIOR FINANCIAL SERVICES, LLC<br>　　　　Defendant. | § § § § § | |

## ORDER OF DISMISSAL

The Court understands that this case has settled and the parties request entry of this order.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that all claims asserted in this lawsuit are **Dismissed with Prejudice.**

**IT IS FURTHER ORDERED** that the preliminary injunction entered against Defendants is terminated.

**IT IS FURTHER ORDERED** that all parties shall bear their own costs, expenses, and attorneys' fees.

**IT IS FURTHER ORDERED** that all other relief sought by the parties in this matter which is not expressly granted herein is denied and any parties not otherwise disposed of are **DISMISSED**.

This Order disposes of all claims and parties and is final for all purposes.

**SO ORDERED** on this **2nd day** of **November, 2023**.

_____
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**